No. 423. PARKER *v.* GREENSBORO.

Decided November 7, 1938. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Welch* v. *Swasey,* 214 U. S. 91, 105–106; *Cusack* v. *Chicago,* 242 U. S. 526, 530–531; *Euclid* v. *Ambler Co.,* 272 U. S. 365, 388–389; *Gorieb* v. *Fox,* 274 U. S. 603, 608; *West Brothers Brick Co.* v. *Alexandria,* 302 U. S. 658. *Mr. Aubrey L. Brooks* for appellant. No appearance for appellee.

No. 151. BOLLER *v.* KANSAS.

Decided November 7, 1938. *Per Curiam:* Motion to reinstate the appeal granted and the appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. C. L. Kagey, L. M. Kagey,* and *Hal M. Black* for appellant. No appearance for appellee.